In the Matter of CORPORATE EMPLOYMENT SERVICE, INC.,
Appellant, against PAUL MOSS, as Commissioner of
Licenses of the City of New York, Respondent.

Argued January 8, 1942; decided February 26, 1942.

*William E. Vogel* and *J. Frederic Taylor* for appellant.
*William C. Chanler,* Corporation Counsel (*Francis J.
Bloustein* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
LEWIS, CONWAY and DESMOND, JJ.